DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475


FILED
DEC - 7 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   LUCIA A. CASTRO

Chapter 13
Case No. 05-3-3598 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $13.15 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 032 | CLERK OF THE COURT FOR CALIFORNIA SERVICE BUREAU 1602 GRANT AVENUE NOVATO, CA 94945 | $13.15 |

Dated: December 6, 2010

CECILIA MARCELO
Receipts Administrator