DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>LUCIA A. CASTRO | Chapter 13<br>Case No. 05-3-3598 SFC13<br><br>NOTICE OF UNCLAIMED<br>CHAPTER 13 CREDITOR<br>PAYMENTS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $42.61 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 008 | CLERK OF THE COURT FOR<br>CALIFORNIA SERVICE BUREAU<br>1602 GRANT AVENUE<br>NOVATO, CA 94945 | $42.61 |

Dated:    December 6, 2010

_____
CECILIA MARCELO
Receipts Administrator